**RECEIVED**
OCT 16 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 09-214 (RCL) |
| | : | |
| v. | : | |
| | : | |
| KAMRAN RAVANASA, | : | **UNDER SEAL** |
| | : | |
| Defendant. | : | |

## MOTION TO UNSEAL THE INDICTMENT AND DOCKET

The United States of America, through its attorneys, hereby moves to unseal the indictment and all subsequent docket entries and records of proceedings in this matter. Moreover, the United States requests that all future proceedings in this matter, including the sentencing hearing, be conducted in open court with public access. The government has notified defense counsel of its intent to file the instant motion, and defense counsel indicated no opposition to the motion. In support of its motion to unseal, the government states the following:

On or about July 1, 2009, Kamran Ravanasa was arrested by federal law enforcement officers in the Central District of California. After his arrest, Ravanasa waived his initial appearance and agreed to be quickly transported to the U.S. District Court for the District of Columbia for his initial appearance, which occurred on July 16, 2009. On September 2, 2009, Ravanasa pled guilty to Conspiracy to Export to an Embargoed Country, in violation of 50 U.S.C. § 1705, and Title 31, Code of Federal Regulations, Parts 560.203 and 560.204. Ravanasa is scheduled to be sentenced on October 17, 2014.

There is no longer a law enforcement justification for keeping this matter under seal. For this reason, the United States respectfully requests that the Court grant its Motion to Unseal the Indictment and Docket.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY

By: *[signature]*

MAIA LUCKNER MILLER
Assistant United States Attorney
VA Bar# 73221
National Security Section
555 Fourth Street, NW, Room 11-445
Washington, D.C. 20530
(202) 252-6737
Maia.Miller@usdoj.gov

BRIAN J. FLEMING
Trial Attorney
Counterespionage Section
Department of Justice
D.C. Bar No. 974889
600 E Street, NW, 10th Floor
Washington, D.C. 20530
(202) 233-2262
Brian.Fleming@usdoj.gov

*Counsel for the United States of America*

Dated: October 15, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2014, a copy of the foregoing Motion to Unseal the Indictment and Docket was sent via electronic mail to the parties of record.

*/s/ Maia Miller*

Maia Luckner Miller
Assistant United States Attorney

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

OCT 1 6 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 09-CR-214 (RCL)** |
| v. | : | **UNDER SEAL** |
| **KAMRAN RAVANASA,** | : | |
| a.k.a. **KEVIN RWANT,** | : | |
| **Defendant.** | : | |

### [PROPOSED] ORDER

In consideration of the government's Motion to Unseal the Indictment and Docket, any opposition thereto, any reply memorandum, and any oral argument by the parties, it is hereby ORDERED that the motion is GRANTED;

It is further ORDERED that the indictment and all subsequent docket entries and records of proceedings in this matter are unsealed; and

It is further ORDERED that all future proceedings in this matter, including the sentencing hearing, shall be conducted in open court with public access.

SO ORDERED.

_____

United States District Court Judge

Dated: